# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Bobbie Bellinger,<br>　　Plaintiff, | Case No. 21-cv-4907 |
| v. | Hon. Virginia M. Kendall |
| American Indian Health Services of Chicago, Kenneth Scott, Roxanne Lavallie-Unabia, June Gerdes<br>　　Defendants. | |

## AGREED ORDER OF DISMISSAL

This matter coming to be heard on the parties' joint stipulation of the parties to dismiss, the matter is hereby dismissed without prejudice, the dismissal will become a dismissal with prejudice 55 days after the entry of this order unless a motion to reinstate is filed before then.

**IT IS HEREBY ORDERED THAT** the Complaint is dismissed without prejudice, with each party to bear its own attorneys' fees and costs, and that this matter is terminated.

Date: 10/13/2023　　　　　　　　　　　　　ENTERED:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Virginia M. Kendall